**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:   MARGARET E LEMKE                              CASE NO: 07-22117
                                                       CHAPTER 13

        DEBTORS(S)                                     JUDGE:  JACK B SCHMETTERER

                                                       NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   NATIONSTAR MORTGAGE LLC

--------------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0003 | 22292659 ARRS | $ 22,538.69 | $ 23,213.69 | $ 23,213.69 |

Total Amount Paid the Trustee                                              $  23,213.69

--------------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                     X   Direct by the Debtor(s)

--------------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:07-22117

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 29th day of   November, 2012.

Debtor(s)

MARGARET E LEMKE
14734 CALIFORNIA AVE
POSEN IL 60469

Debtors Attorney

KONSTANTINE T SPARAGIS
8 S MICHIGAN AVE #27FL
CHICAGO IL 606030000

Addtional Creditors

GREENPOINT MORTGAGE CORP
% CODILIS & ASSOC
7955 S CASS AVE #114
DARIEN IL 60561

Mortgage Arrearage Creditor

NATIONSTAR MORTGAGE LLC
350 HIGHLAND DR
LEWISVILLE TEXAS 75067

Electronic Service US Trustee

Date: November 29, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603